JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

            - v. -                :

HECTOR PENARANDA,                 :     **04CRIM. 1287**
    a/k/a "Cuba,"
RAMON ECHIVARIA,                  :
    a/k/a "Monchie," and
ALBERTO BAEZ,                     :
    a/k/a "Piti,"
                                  :
            Defendants.
                                  :
- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. On or about December 9, 1999, in the Southern District of New York and elsewhere, HECTOR PENARANDA, a/k/a "Cuba," RAMON ECHIVARIA, a/k/a "Monchie," and ALBERTO BAEZ, a/k/a "Piti," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did conspire to commit robbery, as defined in Title 18, United States Code, Section 1951(b)(1), to wit, the robbery of a drug dealer in the vicinity of 226 West 242 Street, Bronx, New York, during which drugs and drug proceeds were sought, one or more guns were brandished, one or more victims were bound, a victim was struck, and approximately $2,000 was seized, and did thereby obstruct, delay, and affect commerce and the movement of

articles and commodities in commerce, as defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951.)

## COUNT TWO

The Grand Jury further charges:

2. On or about December 9, 1999, in the Southern District of New York and elsewhere, HECTOR PENARANDA, a/k/a "Cuba," RAMON ECHIVARIA, a/k/a "Monchie," and ALBERTO BAEZ, a/k/a "Piti," the defendants, unlawfully, willfully, and knowingly did commit robbery, as defined in Title 18, United States Code, Section 1951(b)(1), to wit, PENARANDA, ECHIVARIA, BAEZ and others robbed a drug dealer in the vicinity of 226 West 242 Street, Bronx, New York, during which robbery drugs and drug proceeds were sought, one or more guns were brandished, one or more victims were bound, a victim was struck, and approximately $2,000 was seized, and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE

The Grand Jury further charges:

3. On or about December 9, 1999, in the Southern District of New York and elsewhere, HECTOR PENARANDA, a/k/a "Cuba," RAMON ECHIVARIA, a/k/a "Monchie," and ALBERTO BAEZ, a/k/a "Piti," the defendants, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, the offenses charged in Counts One and Two of this Indictment, did use and carry a firearm and, in furtherance of such crime, did possess a firearm, which firearm was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) & 2.)

_____
FOREPERSON

_____
DAVID N. KELLEY
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v -

**HECTOR PENARANDA,**
    a/k/a "Cuba,"
**RAMON ECHIVERIA,**
    a/k/a "Monchie," and
**ALBERTO BAEZ,**
    a/k/a "Piti,"

                Defendants.

### INDICTMENT

04 Cr.

(Title 18, United States Code,
 Sections 1951, 924(c) & 2)

                                DAVID N. KELLEY
                          United States Attorney.

**A TRUE BILL**

[signature] 7 DEC 04
                Foreperson.

Post-It 11/1/87

12/7/04 - Fld. Indictment. Case assigned to Judge Sand for all purposes. A/W for Ramon Echiveria. So Ordered. S/Eaton, J. U.S.M.J.
HV