UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
　　IN THE MATTER OF REASSIGNMENTS

　　　　　　　TO  THE　　　　　　　　　　　　　NOTICE OF REASSIGNMENTS

　　HONORABLE LORETTA A. PRESKA

-----------------------------------------X

　　　The following cases are to be reassigned to the calendar of the Honorable LORETTA A. PRESKA (LAP)

| | |
|---|---|
| 78 CR  809 R. OSORIO | 98 CR  997 J. MOJICA, J. RIEDEL, LNU1 |
| 79 CR  971 R. OSORIO | 00 CR1014 J. TEJADA |
| 90 CR   41 I. DOMINGUEZ | 04 CR1287A. BAEZ |
| 91 CR  358 F. SOSA | 05 CR  449 D. AJAO |
| 91 CR  868 J. OLIVERA | 06 CR  132 A. KANE |
| 91 CR  872 R. CASTELLI | 06 CR  293 R. PEREZ |
| 92 CR   77 O. IDDRISS | 06 CR  853 D. PICARDO |
| 92 CR  815 E. BERMUDEZ | 06 CR  887 V-TORO |
| 93 CR   86 A. ALI | 07 CR  254 J. OTERO |
| 93 CR  183 R. MARTINES | 07 CR  270 L. ACEVEDO |
| 97 CR1045 M. PAUL | 07 CR  441 H. T-CADAVID |
| 97 CR1096 B. DELROSARIO | 08 CR   13 A. FELIX |

　　The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: 10/24/2012

　　　　　　　　　　　　　　　　　　　Ruby J. Krajick, CLERK

　　　　　　　　　　　　　　　　　　　PHYLLIS ADAMIK
　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: Attorneys of Record