(04-CR- 1287 (LAP)-03) ← FILE IN

**RECEIVED**
SDNY PRO SE OFFICE
2015 SEP 30 AM 9:15

**RECEIVED**
SEP 28 2015
LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

Hon. Loretta A. Preska
United States District Judge
Chief U,S, District Judge
United States Courthouse
500- Pearl Street
New York, New York, 10007-1312

Your Honour;

   My name is Baez Alberto, I,D, No,62349-018. Docket No. 04 CRIM. 1287, I am writing your office because i got arrested for something that i didnt do and i am willing to fight for my life i have a attorney and his name is Mr, Louis R. Aidala and he is not working for my best intrestes, Thats is the issue i have with him i do not wont for him to represent me.
   All he wont me to do is something i dont wont to do because i am innocents of a crime that i didnt do.
   Can you please recommend another attorney than the one i have. I have told him before that i didnt wont him but he keeps returning and representing me, So could you pleas help me in this matter i will have a better chance to go home to my family.
   So by all means have a bless day and once thank you.

Sincerely;
Baez Alberto

Sworn to before me this

__24th__ Day of __September__, 2015

STEPHEN A. ESPINET
Notary Public, State of New York
No. 01ES6194593
Qualified in Kings County
Commission Expires October 6, 20_16_

CC,File

Alberto Baez 62340-018
M.C.C. 150 Park Row
New York, N.Y 10007

Hon Loretta A Preska
500 Pearl Street
New York, N.Y 10007-1312

NEW YORK NY 100
25 SEP 2015 PM 2 T

RECEIVED
SDNY PRO SE OFFICE
2015 SEP 30 AM 9:15

